# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANA ROBINSON

VERSUS

JAMES H. ROBINSON, JR

NO.   2022 CW 0357

**MAY 31, 2022**

---

In Re:   Dr. Malcolm K. Robinson, Executor, Estate of James H. Robinson, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-12779.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981)(per curiam), are not met.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
      FOR THE COURT